UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | Civil Case No.: |
| ) | |
| v.   ) | |
| ) | |
| INGRID FERRIOLA, and   ) | |
| PASCO COUNTY TAX COLLECTOR,   ) | |
| ) | |
| Defendants.   ) | |

COMPLAINT

The United States of America, by its attorney, Robert E. O'Neill, United States Attorney for the Middle District of Florida, pursuant to the provisions of 26 U.S.C. §§ 7401 and 7403, with the authorization of the Secretary of the Treasury and at the direction of the Attorney General of the United States, brings this action against the above defendants to foreclose the federal tax and judgment liens with respect to unpaid federal income tax liabilities of Ingrid Ferriola which attach to certain property hereinafter described and to sell the property. In support thereof, the United States alleges as follows:

Jurisdiction, Parties, and Subject Property

1. Jurisdiction over this action is conferred upon this Court under 28 U.S.C. §§ 1331, 1340, 1345, and 3201(f) and 26 U.S.C. §§ 7402 and 7403.

2. Ingrid Ferriola is named as a party to this action because he may claim an interest in the property upon which the United States seeks to foreclose its federal tax and judgment liens.

3. Pasco County Tax Collector is named as a party to this action because Pasco County may claim an interest in the property upon which the United States seeks to foreclose its federal tax and judgment liens.

4. The property upon which the United States seeks to foreclose its federal tax and judgment liens consists of real property located at 17501 Maggie Court, Spring Hill, Florida in Pasco County (hereinafter "Subject Property"), more fully described as:

> TRACT 1336, HIGHLANDS VIII, UNRECORDED, BEING FURTHER DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHEAST CORNER OF THE NORTHWEST 1/4 OF SECTION 12, TOWNSHIP 24 SOUTH, RANGE 17 EAST, PASCO COUNTY, FLORIDA; RUN THENCE SOUTH 00º03'03" WEST ALONG THE 1/4 SECTION LINE OF SAID SECTION 12, A DISTANCE OF 1,766.46 FEET, THENCE WEST A DISTANCE OF 630.00 FEET; THENCE NORTH 65º03'53" WEST, A DISTANCE OF 198.16 FEET; THENCE SOUTH 24º56'07" WEST, A DISTANCE OF 2,222.74 FEET; THENCE NORTH 65º03'53" WEST, A DISTANCE OF 600.00 FEET, THENCE SOUTH 66º36'14" WEST, A DISTANCE OF 367.78 FEET; THENCE NORTH 76º58'47" WEST, A DISTANCE OF 509.99 FEET; THENCE NORTH 13º35'15" WEST, A DISTANCE OF 501.88 FEET; THENCE NORTH 20º54'51" EAST, A DISTANCE OF 288.04 FEET; THENCE NORTH 24º26'36" EAST, A DISTANCE OF 240.00 FEET TO THE POINT OF BEGINNING; THENCE NORTH 27º51'14" EAST, A DISTANCE OF 224.46 FEET; THENCE SOUTH 68º36'13" EAST, A DISTANCE OF 590.39 FEET TO A POINT ON A CURVE HAVING A CENTRAL ANGLE OF 03º02'48", A RADIUS OF 1,475.00 FEET, A TANGENT DISTANCE OF 39.23 FEET, A CHORD BEARING A DISTANCE OF SOUTH 22º55'11" WEST, AND 78.42 FEET, THENCE CONTINUE ALONG SAID CURVE AN ARC DISTANCE OF 78.43 FEET THENCE SOUTH 24º26'36" WEST, A DISTANCE OF 177.04 FEET, THENCE NORTH 65º33'24" WEST, A DISTANCE OF 605.00 FEET TO THE POINT OF BEGINNING.
>
> Meaning to describe the premises conveyed to Ingrid Ferriola by Special Warranty Deed dated January 3, 2011, and recorded January 10, 2011, in Book 8500 at Page 1513 of the Pasco County Land Records.

Foreclose Federal Tax and Judgment Liens

5. By deed dated January 3, 2011, and recorded January 10, 2011, in Book 8500 at Page 1513 of the Pasco County Land Records, Ingrid Ferriola acquired title to the Subject Property.

6. A delegate of the Secretary of the Treasury made income tax assessments against Ingrid

Ferriola and filed a notice of federal tax lien in accordance with 26 U.S.C. § 6323(f) as set forth in the table below:

| Tax Period | Assessment Date | Balance Due as of June 11, 2013 | Notice of Federal Tax Lien Recorded in the Pasco County Land Records |
|---|---|---|---|
| 1997 | 11/30/1998 | $60,963.97 | 05/21/2012 Book 8700, Page 3584 |
| 2000 | 09/17/2001 | $6,010.32 | 05/21/2012 Book 8700, Page 3584 |

7. Notice of the assessments listed in paragraph 6 and demand for their payment was made upon Ingrid Ferriola on or about the dates of the assessments.

8. Despite notice of the assessments listed in paragraph 6 and demand for their payment, Ingrid Ferriola has failed, neglected, or refused to fully pay the assessed liabilities, and there remains due and owing $66,974.29, plus statutory interest and additions from June 11, 2013.

9. Pursuant to 26 U.S.C. §§ 6321 and 6322, on the dates of assessment set forth in paragraph 6, federal tax liens arose in favor of the United States upon all property and rights to property belonging to Ingrid Ferriola.

10. The federal tax liens which arose pursuant to 26 U.S.C. §§ 6321 and 6322, on the dates of assessment set forth in paragraph 6, attach not only to all property and rights to property belonging to Ingrid Ferriola at time of the assessments but also to all property and rights to property thereafter acquired by Ingrid Ferriola, including her interest in the Subject Property.

11. On April 7, 2006, judgment was entered in *United States v. Peter Ferriola and Ingrid Ferriola*, case number 8:05-cv-01862-JDW-TGW in the United States District Court for

      the Middle District of Florida, in favor of the United Sates and against Ingrid Ferriola for the unpaid income tax liabilities listed in paragraph 6.

12.     On November 30, 2007, an Abstract of Judgment Notice with respect to the April 7, 2006 judgment was recorded with the Pasco County Land Records in Book 8705 at Page 533.

13.     Pursuant to 28 U.S.C. § 3201, a judgment lien upon all of Ingrid Ferriola's real property in Pasco County, including the Subject Property, was created upon the filing of the Abstract of Judgment with the Pasco County Land Records.

WHEREFORE, the United States requests that this Court:

(1)     Determine and adjudge that the federal tax and judgment liens against Ingrid Ferriola attach to her interest in the Subject Property;

(2)     Order that the federal tax and judgment liens upon the Subject Property be foreclosed and that the property be sold in a judicial sale, according to law, free and clear of any right, title, lien, claim or interest of the parties herein, and that the proceeds of the sale be distributed to the United States toward satisfaction of Ingrid Ferriola's unpaid tax liabilities and to such parties in such amounts as this Court determines;

(3)     Award the United States a 10% surcharge pursuant to 28 U.S.C. § 3011(a) to cover the cost of processing and handling this action; and

- 5 -

(4)  Award the United States its costs and such further relief as the Court deems just and proper.

Respectfully submitted,

KATHRYN KENEALLY
Assistant Attorney General
U.S. Department of Justice Tax Division

s/ *Karen Wozniak*
KAREN WOZNIAK
Bar Number 643182 (Massachusetts)
Attorney for Plaintiff United States of America
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C.  20044-0055
Telephone: (202) 307-1927
Facsimile: (202) 514-5238
E-mail: karen.e.wozniak@usdoj.gov

Of counsel:

ROBERT E. O'NEILL
United States Attorney
Middle District of Florida